# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** General Die Casters, Inc.

v.

National Labor Relations Board

**Case No:** 13-1021

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

⦿ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae

General Die Casters, Inc.

Names of Parties

Names of Parties

### Counsel Information

Lead Counsel: Ronald L. Mason

Direct Phone: (614) 734-9454   Fax: (614) 734-9451   Email: rmason@maslawfirm.com

2nd Counsel: Aaron T. Tulencik

Direct Phone: (614) 734-9442   Fax: (614) 734-9451   Email: atulencik@maslawfirm.com

3rd Counsel:

Direct Phone: (   )   -   Fax: (   )   -   Email:

Firm Name: Mason Law Firm Co., L.P.A.

Firm Address: 425 Metro Place N., Suite 620, Dublin, OH 43017

Firm Phone: (614) 734-9450   Fax: (614) 734-9451   Email: rmason@maslawfirm.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)